JAMIE EGAN, APPELLANT, *v.* SHERIFF, CLARK COUNTY, NEVADA, RESPONDENT.

No. 7346

June 14, 1973                    510 P.2d 868

*Peter Flangas,* of Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *H. Leon Simon,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

This appeal is without merit. New England Enterprises, Inc. v. United States, 400 F.2d 58 (1st Cir. 1968), cert. den. 393 U.S. 1036 (1969); Bary v. United States, 292 F.2d 53 (10th Cir. 1961). The order of the trial court is affirmed.